| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |

In Re:

Case No.: _____

Chapter: 13

Hearing Date: _____

Judge: _____

## DEBTOR'S CERTIFICATION IN SUPPORT
## OF MOTION FOR POST-PETITION FINANCING

I, _____, hereby certify as follows:

1. I am the debtor in this chapter 13 bankruptcy case, and I am fully familiar with the facts and circumstances of this matter.

2. I filed my chapter 13 petition for relief on _____. The plan was confirmed on _____. I have pre-qualified for a home loan on the property located at _____. The terms of the proposed refinance are as follows:

3. The proposed lender is _____.

4. The amount of the loan is _____, which is to be amortized over _____ years.

5. The monthly payment is _____.

6. Real estate taxes (if not included in monthly payment) are _____.

7. The interest rate is _____, and is (choose one):

_____ fixed  _____ adjustable

8. The present monthly mortgage or rental payment on the subject property is _____.

9. The total number of mortgages on the subject property and amounts of each are (attach an addendum if necessary):

| _____ | _____ |
| Mortgagee | Amount |

| _____ | _____ |
| Mortgagee | Amount |

10. If the refinancing is approved, the debtor intends to (choose one):

_____ Satisfy all Plan obligations from financing proceeds

_____ Continue to make payments under the Plan as proposed or confirmed

_____ Modify the Plan as follows:



11. The reason why this refinance should be approved, i.e., benefit to the debtor and estate is:



12. Other important information:

13. I also seek approval of my attorney's fees in connection with this motion in the amount of $ _____ to be paid (choose one):

\_\_\_\_\_ at closing        \_\_\_\_\_ through the plan        \_\_\_\_\_ outside the plan

I hereby certify that the above information is true and correct to the best of my knowledge, information and belief. If it is not, I am subject to punishment.

Date: _____        _____
                                          Debtor's Signature

Date: _____        _____
                                          Debtor's SignatureRe